Twersky PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017
Telephone: (212) 425-0149
Aaron Twersky, Esq.
Ilana Neufeld, Esq.
Mia Guttmann, Esq.

*Counsel for Defendant*
*Alexander Engelman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| ALL YEAR HOLDINGS LIMITED, | Case No.: 21-12051 (MG) |
| Debtor. | |

------------------------------------------------------------------------x

| | |
|---|---|
| AYH WIND DOWN LLC, through OFER TZUR and AMIR FLAMER, solely in their joint capacity as Claims Administrator, | Adversary Proceeding No: 23-01196-mg |
| Plaintiff, | **ANSWER TO ADVERSARY COMPLAINT** |
| -against- | |
| ALEXANDER M. ENGELMAN, | |
| Defendant. | |

------------------------------------------------------------------------x

Defendant ALEXANDER M. ENGELMAN ("Defendant" or "Engelman"), by and

through his attorneys, Twersky PLLC, as and for his Answer ("Answer") to Plaintiff AYH

WIND DOWN LLC, through OFER TZUR and AMIR FLAMER, solely in their joint capacity

as Claims Administrator's ("Plaintiff") Adversary Complaint, dated November 10, 2023

("Complaint"), states as follows:

1

## PRELIMINARY STATEMENT

Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained the Preliminary Statement of the Complaint.

## PARTIES, JURISDICTION, AND VENUE

1.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint.

3.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, but avers that publicly filed documents speak for themselves.

4.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint, but avers that publicly filed documents speak for themselves.

5.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint, but avers that publicly filed documents speak for themselves.

6.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint, but avers that publicly filed documents speak for themselves.

7.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint, but avers that publicly filed documents

speak for themselves.

8.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, but admits that Alexander Engelman is an individual who resides in Brooklyn, New York.

9.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint, but defers all legal conclusions to the Court.

10.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint, but defers all legal conclusions to the Court.

11.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint, but defers all legal conclusions to the Court.

## FACTUAL ALLEGATIONS

12.     Denies the truth of each and every allegation set forth in paragraph 12 of the Complaint.

13.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint.

14.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint.

15.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint.

16.     Denies the truth of each and every allegation set forth in paragraph 16 of the Complaint.

17.     Denies the truth of each and every allegation set forth in paragraph 17 of the Complaint.

## COUNT I – BREACH OF PROMISSORY NOTE

18.     In response to paragraph 18 of the Complaint, Defendant repeats and re-alleges each and every response contained in paragraphs 1-17 of this Answer as if set forth in their entirety.

19.     Denies the truth of each and every allegation set forth in paragraph 19 of the Complaint.

20.     Denies the truth of each and every allegation set forth in paragraph 20 of the Complaint.

21.     Denies the truth of each and every allegation set forth in paragraph 21 of the Complaint.

22.     Denies the truth of each and every allegation set forth in paragraph 22 of the Complaint.

23.     Denies the allegations contained in the Wherefore Clause (a)-(c) following paragraph 22 of the Complaint and otherwise denies that Plaintiff is entitled to any of the relief it seeks therein against Defendant Alexander Engelman.

Dated: New York, New York                                                                                .
        February 15, 2024

                                        **TWERSKY PLLC**


                            By:     _____
                                        Aaron Twersky, Esq.
                                        Ilana Neufeld, Esq.

4

Mia Guttmann, Esq.
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 425-0149
atwersky@twerskylaw.com
ineufeld@twerskylaw.com
mguttmann@twerskylaw.com

*Attorneys for Defendant*
*Alexander Engelman*

To:

All Counsel (via ECF)