| | |
|---|---|
| Twersky PLLC<br>747 Third Avenue, 32nd Floor<br>New York, New York 10017<br>Telephone: (212) 425-0149<br>Aaron Twersky, Esq.<br>Ilana Neufeld, Esq.<br>Mia Guttmann, Esq. | Hearing Date: March 26, 2024, at 10:00 a.m. (EST)<br><br>Response Deadline: March 19, 2024 |

*Counsel for Defendant*
*Alexander Engelman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| ALL YEAR HOLDINGS LIMITED,<br><br>                   Debtor. | Case No.: 21-12051 (MG) |

------------------------------------------------------------------------x

| | |
|---|---|
| AYH WIND DOWN LLC, through OFER TZUR and AMIR FLAMER, solely in their joint capacity as Claims Administrator,<br><br>                   Plaintiff,<br>    -against-<br><br>ALEXANDER M. ENGELMAN,<br><br>                   Defendant. | Adversary Proceeding No: 23-01196-mg |

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that on February 15, 2024, Defendant Alexander Engelman ("Defendant"), filed his Motion to Abstain, pursuant to 28 U.S.C. § 1334(c) (the "Motion") in the above-captioned adversary proceeding, and that a hearing will be held on March 26, 2024, at 10:00 a.m. before the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the Southern District of New York, via Zoom for Government.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion must be (a) in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local

1

Bankruptcy Rules for the Southern District of New York, (c) filed with the Bankruptcy Court, and (d) served upon Twersky PLLC, 747 Third Avenue, 32nd Floor, New York, New York 10017, Attention: Aaron Twersky, Esq. (atwersky@twerskylaw.com), on or before March 19, 2024.

**PLEASE TAKE FURTHER NOTICE** that all participants are required to register their appearance by 4:00 p.m. on March 25, 2024 by using the Court's eCourt Appearances tool, which can be accessed here: https://www.nysb.uscourts.gov/ecourt-appearances.

Dated: New York, New York
February 15, 2024

                                         **TWERSKY PLLC**

By: _____
Aaron Twersky, Esq.
Ilana Neufeld, Esq.
Mia Guttmann, Esq.
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 425-0149
atwersky@twerskylaw.com
ineufeld@twerskylaw.com
mguttmann@twerskylaw.com

*Counsel for Defendant
Alexander Engelman*

To:

All Counsel (via ECF)