Twersky PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017
Telephone: (212) 425-0149
Aaron Twersky, Esq.
Ilana Neufeld, Esq.
Mia Guttmann, Esq.

*Counsel for Defendant*
*Alexander Engelman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| ALL YEAR HOLDINGS LIMITED, | Case No.: 21-12051 (MG) |
| Debtor. | |

------------------------------------------------------------------------x

| | |
|---|---|
| AYH WIND DOWN LLC, through OFER TZUR and AMIR FLAMER, solely in their joint capacity as Claims Administrator, | Adversary Proceeding No: 23-01196-mg |
| Plaintiff, | |
| -against- | |
| ALEXANDER M. ENGELMAN, | |
| Defendant. | |

------------------------------------------------------------------------x

**DECLARATION OF DEFENDANT**
**ALEXANDER ENGELMAN IN SUPPORT OF MOTION TO ABSTAIN**

I, ALEXANDER ENGELMAN, hereby declares as follows:

1. I am the Defendant ("Defendant" or "Engelman") in this Adversary Proceeding and accordingly I am aware of the facts and circumstances surrounding this action.

2. I submit this declaration in support of my Motion to Abstain, pursuant to 28 U.S.C. § 1334(c) ("Motion").

1

2

3. Since, in or about 2009, I have had a business relationship with All Year Holdings Limited ("Debtor").

4. On or around March 9, 2017, Defendant borrowed $3,000,000.00 (the "Loan") from the Debtor, however, the Loan was repaid within several weeks.

5. Debtor and I never executed a Promissory Note to memorialize the Loan.

**-REMAINDER OF PAGE INTENTIONALLY LEFT BLANK-**

For the foregoing reasons, Defendant Alexander Engelman respectfully requests that the Court: a) grant Defendant's Motion for Abstention; and b) grant such other and further relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ALEXANDER ENGELMAN

Sworn/affirmed to before me this
15 day of February, 2024

_____
NOTARY PUBLIC

Frida Zavurova
NOTARY PUBLIC. State of New York
NO. 01ZA6014231
Qualified in Kings County
Commission Expires Oct. 5, 2022 2026

2