UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                              Chapter 11

ALL YEAR HOLDINGS LIMITED,                          Case No.: 21-12051 (MG)

                              Debtor.
---------------------------------------------------------------x   Adversary Proceeding No:
AYH WIND DOWN LLC, through OFER TZUR and          23-01196 (MG)
AMIR FLAMER, solely in their joint capacity as
Claims Administrator,

                             Plaintiff,
    -against-

ALEXANDER M. ENGELMAN,

                             Defendant.
---------------------------------------------------------------x

**SCHEDULING ORDER AND SECOND ORDER
REVISING CASE MANAGEMENT ORDER**

**WHEREAS**, pursuant to Paragraph 11 of the Case Management Order dated March 26, 2024 [ECF No. 15] (the *"Case Management Order"*), the Scheduling Order and Order Revising Case Management Order dated May 23, 2024 [ECF No. 17] (the "*Revised Case Management Order*") is amended as follows:

1. Paragraph 1 of the Revised Case Management Order is amended to provide that all fact discovery shall be completed on or before **September 9, 2024**;

2. Paragraph 3 of the Revised Case Management Order is amended to provide that the next Case Management Conference is scheduled for **10:00 am, September 12, 2024**, and will take place using **Zoom for Government**[1];

---
[1]  The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing.  Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website,

1

3. All other dates from the Revised Case Management Order dated May 23, 2024, shall be calculated from the dates in this Second Revised Case Management Order.

**IT IS SO ORDERED.**

Dated: July 23, 2024
       New York, New York

                                                /s/ Martin Glenn
                                                MARTIN GLENN
                                      Chief United States Bankruptcy Judge

---

http://www.nysb.uscourts.gov/ecourt-appearances or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.