# EXHIBIT 1

# In the Matter Of:

## All Year Holdings vs Ayh Wind Down

21-12051(MG)

# ALEXANDER ENGELMAN

*July 17, 2024*



```
 1                  A. Engelman
 2   the purpose of that investment.
 3        Q     Okay.  When you say "we," who is
 4   the "we" in that sentence?
 5        A     I mean me and Goldman, as
 6   partners.
 7        Q     So you and Mr. Goldman created an
 8   LLC, and that LLC took title to this
 9   property.  Do I have it right?
10        A     Yes.
11        Q     Were you a manager of that LLC?
12        A     Never.
13        Q     Were you a member of that LLC?
14        A     Yes.
15        Q     And when I say "you," I mean you,
16   Alexander Engelman, personally.  So given
17   that clarification, is your answer still
18   that you were a member of that LLC?
19        A     If I remember correct, yes, I was
20   personally a member.
21        Q     Okay.  And Mr. Goldman, I take it,
22   was a member as well of that LLC?
23        A     Yes.
24        Q     Was he also the manager?
25        A     Yes.
```



```
 1                    A. Engelman
 2   money that I owed and money that was owed to
 3   me.
 4        Q    Okay.  Let's take the first line,
 5   and just you walk me through the first line,
 6   make sure I can understand.
 7             The first column is "82
 8   Jefferson."  I take it that's the name of a
 9   property?
10        A    Yes.
11        Q    Is that a property you invested in
12   with Mr. Goldman?
13        A    Yes.
14        Q    The date listed there, what is
15   that a date of?
16        A    That is the date when we did the
17   refinance.
18        Q    When there was a refinance?
19        A    Yes.
20        Q    And then the "Loan Amounts"
21   column, what's that?
22        A    That's -- she kept a spreadsheet
23   on the $3 million.
24        Q    What $3 million?
25        A    The $3 million that I borrowed
```



```
 1                A. Engelman
 2   from Goldman.
 3        Q    Hold on.  Because we're on
 4   82 Jefferson, right?
 5        A    Yes.
 6        Q    So are you telling me that all of
 7   column -- the column called "Loan Amounts,"
 8   that all relates to $3 million?
 9        A    Yes.  I mean -- please repeat the
10   question.
11        Q    Okay.  I'm trying to understand --
12   and let's be very specific.  There is an
13   entity under "Loan Amounts" that corresponds
14   to the row that begins with "82 Jefferson,"
15   and that entry is negative 1.371 million.
16             Do you see that?
17        A    Yes.
18        Q    What does that mean?
19        A    It means when I took the loan in
20   March of '17, okay, she was keeping a tab on
21   it, okay.  So there was also money that
22   Goldman owed me.
23        Q    Okay.
24        A    And that money was even before the
25   loan that I took, okay.  That wasn't much --
```



```
 1                A. Engelman
 2   yes.
 3        Q     All right.  Hold on.  So Goldman
 4   owed you money before the loan in 2017?
 5        A     Correct.
 6        Q     How, under what -- was it a
 7   promissory --
 8        A     I was an investor in 82 Jefferson.
 9   There was a cash-out in March 2016.  He
10   hadn't returned the money yet.
11        Q     Okay.
12        A     So when we took the loan, she
13   applied the 1.37 toward the $3 million so
14   that was paid back in the four weeks.
15        Q     Well, hold on.  I'm sorry to
16   interrupt you.  Because the date on
17   82 Jefferson -- I think I'm starting to get
18   it, okay, but the date on 82 Jefferson is
19   12-9-2016.
20        A     Correct.
21        Q     Before March 2017, right?
22        A     That's what I just said.  So when
23   I took the loan --
24        Q     All right.
25        A     -- she adjusted --
```



```
 1                  A. Engelman
 2       Q     Hold on, hold on.  I know that
 3  this is in your head and you get it, but I
 4  still don't get it, okay?
 5       A     Okay.
 6       Q     So I know I'm going slow, but I'm
 7  going to have to walk through this slowly.
 8  So if I understand this correctly, the
 9  negative 1.371 million, which appears
10  alongside 82 Jefferson for 12-9-2016, that
11  means, according to you, that Goldman owed
12  you at that time $1.371 million?
13       A     Correct.
14       Q     Okay.  And then the "Balance"
15  column, what does that mean?
16       A     The balance is -- this is the
17  balance of the loan.  So in February of
18  2016, I had a credit of 1.371 million.
19       Q     Okay.
20       A     When I took out the loan in March
21  2017, I had a balance of 1.628614 because
22  3 million minus 1.371385 comes out to
23  1.628614.
24       Q     Okay.  I'm starting to understand.
25  I'm like more than halfway there.
```



```
 1                       A. Engelman
 2              MR. TWERSKY:  No, you're not.
 3              MR. SILVESTRI:  Thanks, opposing
 4      counsel.
 5        Q     The amount of days, what does that
 6   mean?
 7        A     The amount of days means that
 8   since the balance changed, so she made a
 9   formula, R. Klein, that the Excel sheet
10   figured out the interest.  So ...
11        Q     Okay.  So the number of days has
12   to do with the interest calculation on your
13   loan?
14        A     Yes, yes, which you see in the
15   next column.
16        Q     The "Interest Amount" column,
17   okay.
18        A     Yes, yes.
19        Q     Okay.  So if I'm understanding
20   this sheet correctly -- and, again, this
21   came from your records, right?  You had this
22   in an e-mail?
23        A     Yes.  From her.
24        Q     No, I get it.  I understand.  We
25   didn't -- so if I understand this chart
```



```
 1                 A. Engelman
 2   correctly, what happened is, in your
 3   dealings with Goldman, sometimes Goldman
 4   owed you money, maybe sometimes you owed him
 5   money, but as of December 9, 2016, he owed
 6   you 1.37 million, right?
 7        A    Yes.
 8        Q    And according to this, you
 9   borrowed $3 million from him, right?
10        A    Yes.
11        Q    And you still maintain it is from
12   him, not from All Year?
13        A    Yes.
14        Q    Even though this -- you're dealing
15   with people from All Year here, right?
16        A    I don't know -- as far as --
17   again, as far as we knew, they worked for
18   Goldman.
19        Q    I get that, and it is not the
20   first time or even the tenth time I've heard
21   that, but, you know, you were careful to
22   clarify that about your declaration, so I
23   just want to -- I want to hold on to that
24   point because it matters --
25        A    Yes.
```



```
 1                    A. Engelman
 2         Q      -- in money payment, okay.
 3                So you maintain it came from
 4    Goldman, and it sounds like the accounting
 5    of it is being tracked by All Year
 6    professionals, by people at All Year, right?
 7         A      It could be.
 8         Q      Okay.  And it is being tracked,
 9    according to -- it looks like a number of
10    investments that you had with Goldman and
11    All Year, right?
12         A      Yes.
13         Q      So let me see if I can get the
14    next entry correct.  The next entry, it
15    says, "574 Broadway" on September 14, 2017,
16    right?
17         A      Yes.
18         Q      And if I understand it correctly,
19    Goldman owed you or All Year owed you --
20    somebody owed you $97,450.27 as a result of
21    some transaction involving 574 Broadway?
22         A      Yes.
23         Q      And according to you, and
24    according to this document, I guess, that
25    reduced the balance of your loan
```



```
1                  A. Engelman
2   commensurately down to 1,531,164.53?
3        A    Yes.
4        Q    Million?
5        A    Yes.
6        Q    Okay.  I don't think we need to
7   walk through the rest of it, but is this a
8   record that you maintain demonstrates that
9   you have repaid this loan?
10       A    Yes.
11       Q    So there aren't, for instance --
12  like, looking at this, I can see when this
13  balance gets down to negative, and so I take
14  it your position is that this loan was
15  repaid no earlier -- or no later than
16  February 13th, 2018?
17       A    Yes.
18       Q    Okay.  So according -- that would
19  mean, then, because this loan was, according
20  to you, repaid entirely, sort of, with
21  bookkeeping, accounting between you and All
22  Year/Goldman, there are no bank records of
23  you repaying this loan.  In other words,
24  there are no bank records demonstrating you
25  made cash payments on this loan.
```

