# EXHIBIT A

**From:** R Klein <rklein@allyearmgt.com>
**Date:** March 9, 2017 at 4:10:44 PM EST
**To:** aengel11@gmail.com
**Cc:** jig@allyearmgt.com

| | |
|---|---|
| total cost | 10,916,928.64 |
| equity required per partner | 458,464.32 |
| Engelman equity | 1,830,000 |
| less equity required | 1,371,535.68 |

of the 3mm wired today 1,371,535.68 going toward 82 Jefferson and 1,628,464.32 towards loan

let me know if you have any questions

R Klein
718-623-9430 x 110