# EXHIBIT B

4:00 PM

03/09/17

Accrual Basis

# 82 Jefferson

## Account QuickReport

### All Transactions

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| **Engelman** | | | | | | |
| General Journal | 05/29/2014 | 2 | | | -SPLIT- | 590,000.00 |
| Deposit | 06/20/2014 | | 836 Broadway LLC | Deposit | 1361 | 400,000.00 |
| Deposit | 07/23/2014 | | 836 Broadway LLC | Deposit | 1361 | 420,000.00 |
| Deposit | 07/23/2014 | | 836 Broadway LLC | Deposit | 1361 | 80,000.00 |
| Deposit | 07/25/2014 | | Moses Spielman | Deposit | 1361 | 200,000.00 |
| Transfer | 08/12/2014 | | | Funds Transfer | cash | 90,000.00 |
| General Journal | 12/12/2014 | 6 | | alex wired to ... | purchase price | 50,000.00 |
| General Journal | 12/12/2014 | 7 | | alex wired to ... | purchase price | 200,000.00 |
| Check | 12/21/2014 | | 836 Broadway LLC | | 1361 | -200,000.00 |
| **Total Engelman** | | | | | | 1,830,000.00 |
| **TOTAL** | | | | | | **1,830,000.00** |

| | |
|---|---|
| 4:00 PM | **82 Jefferson** |
| 03/09/17 | **Account QuickReport** |
| **Accrual Basis** | **All Transactions** |

| Balance |
|---:|
| 590,000.00 |
| 990,000.00 |
| 1,410,000.00 |
| 1,490,000.00 |
| 1,690,000.00 |
| 1,780,000.00 |
| 1,830,000.00 |
| 2,030,000.00 |
| 1,830,000.00 |
| 1,830,000.00 |
| **1,830,000.00** |