# EXHIBIT C

Bus Platinum Privileges

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

836 BROADWAY LLC
460 BEDFORD AVE APT 5
BROOKLYN, NY 11249-7038

# Your Business Advantage Checking
# Bus Platinum Privileges

for July 1, 2014 to July 31, 2014

Account number: 3810 3341 5792

**836 BROADWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on July 1, 2014 | # of deposits/credits: 10 |
| Deposits and other credits | # of withdrawals/debits: 21 |
| Withdrawals and other debits | # of items-previous cycle[1]: 3 |
| Checks | # of days in cycle: 31 |
| Service fees | Average ledger balance: $314,354.63 |
| Ending balance on July 31, 2014 | [1]Includes checks paid, deposited items & other debits |





**FOR ACTIVE CARD USERS**

**Choose your deals and get up to 15% cash back***

**Start earning cash back today, simply:**
- Sign up for BankAmeriDeals® and choose the deals you love
- Pay with your Small Business debit or credit card
- Get cash back automatically credited to your account, in addition to any other rewards you may be earning

Go to **bankofamerica.com/getcashdeals** to get started.

*Deals up to 15% for active card users. You must be enrolled in Online Banking or Mobile Banking to participate in the BankAmeriDeals program and have either an eligible Bank of America debit or credit card or Merrill Lynch® credit card. Select co-brand credit cards are not eligible. Earned cash back will be credited into an eligible checking, savings, money market or credit account in the next month following redemption. For more information, please read the program terms of use at www.bankofamerica.com/serviceagreement. Bank of America, N.A. Member FDIC.
©2014 Bank of America Corporation  ARM3JKNJ | AD-04-14-0084.B

PULL: E  CYCLE: 47  SPEC: 0  DELIVERY: P  TYPE:  IMAGE: A  BC: NJ

Page 1 of 6

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



# Your checking account

**Bank of America**

836 BROADWAY LLC  |  Account # 3810 3341 5792  |  July 1, 2014 to July 31, 2014



## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 07/23/14 | WIRE TYPE:WIRE OUT DATE:140723 TIME:0728 ET TRN:2014072300120007 SERVICE REF:001512 BNF:ALL YEAR MANAGEMENT LLC ID:4213151361 BNF BK:J PMORGAN CHASE BANK, NA ID:021272723 PMT DET:126123 968 82 JEFFERSON STREET | -420,000.00 |

## Check out the Bank of America Small Business Community



It's a convenient and complimentary online resource that can help you grow your business.
- **Read articles** by experts
- **Exchange ideas in real time** with other people like you
- **Access financial tools** and much more

Visit bankofamerica.com/sbc today.    Life's better when we're connected™

AR4P3PGA  AD-12-13-0391.B

Page 3 of 6

Bus Platinum Privileges

## Bank of America

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

836 BROADWAY LLC
460 BEDFORD AVE APT 5
BROOKLYN, NY 11249-7038

# Your Business Advantage Checking
# Bus Platinum Privileges

for June 1, 2014 to June 30, 2014

Account number: 3810 3341 5792

**836 BROADWAY LLC**

## Account summary

| | |
|---|---|
| Beginning balance on June 1, 2014 | # of deposits/credits: 5 |
| Deposits and other credits | # of withdrawals/debits: 23 |
| Withdrawals and other debits | # of items-previous cycle[1]: 6 |
| Checks | # of days in cycle: 30 |
| Service fees | Average ledger balance: $315,949.51 |
| Ending balance on June 30, 2014 | [1]Includes checks paid,deposited items&other debits |



### Our free Mobile Banking App lets you bank for your business on the go

Mobile Banking gives you convenient and secure access to your business accounts anytime, anywhere.
- Check balances
- Pay bills
- Locate ATMs or banking centers

Text BizApp to 226526 and download your free Mobile Banking App today.

Enrollment via Mobile app not available on all devices. Wireless fees may apply. For the text message, supported carriers include: Alltel, AT&T, Cellular One, T-Mobile, Virgin Mobile, US Cellular and Verizon Wireless. Text STOP to 226526 to cancel and text HELP to 226526 for help. Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation
AR65HU7N | AD-03-14-0284.B

836 BROADWAY LLC | Account # 3810 3341 5792 | June 1, 2014 to June 30, 2014

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# Bank of America

**Your checking account**

836 BROADWAY LLC  |  Account # 3810 3341 5792  |  June 1, 2014 to June 30, 2014

## Deposits and other credits

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/20/14 | WIRE TYPE:WIRE OUT DATE:140620 TIME:1028 ET TRN:2014062000180110 SERVICE REF:005405 BNF:ALL YEAR MANAGEMENT LLC ID:4213151361 BNF BK:J PMORGAN CHASE BANK, NA ID:021272723 PMT DET:124097 900 82 JEFFERSON | -400,000.00 |

continued on the next page



**Stay connected**

Our e-newsletter, **Small Business Connections**, gives you access to articles and other resources from small business experts on marketing, financing, cash flow management, human resources and more.

Visit **bankofamerica.com/smallbiznews** and enter your email address to start receiving our free e-newsletter.

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation.    ARTW7LBE | AD-01-14-8723.B