# EXHIBIT D

651113

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065)
### 2016
Department of the Treasury
Internal Revenue Service

For calendar year 2016, or tax
year beginning  Oct 13  , 2016
ending  Dec 31  , 2016

**Partner's Share of Income, Deductions, Credits, etc.**  ▶ See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
81-4238253

**B** Partnership's name, address, city, state, and ZIP code
82 JEFFERSON LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number    Partner Number    2
81-4127636

**F** Partner's name, address, city, state, and ZIP code
82 JEFFERSON HOLDINGS LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**G** [X] General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** [X] Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? . . . . PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . . . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . . . . . . . $
Qualified nonrecourse financing . . . . $ ▮▮▮▮
Recourse . . . . . . . . . . . . . . . $ ▮▮▮▮

**L** Partner's capital account analysis:
Beginning capital account . . . . . . . $
Capital contributed during the year . . . $
Current year increase (decrease) . . . . $ ▮▮▮▮
Withdrawals & distributions . . . . . . . $ ▮▮▮▮
Ending capital account . . . . . . . . . $ ▮▮▮▮

[X] Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    [X] No
If 'Yes', attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) ▮▮▮▮ | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
|    |                                  | A  | ▮▮▮▮ |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | A | ▮▮▮▮ |
| 13 | Other deductions | | |
| | W * ▮▮▮▮ | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    Schedule **K-1** (Form 1065) 2016

PTPA0312    08/26/16

651117 | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123

## Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax year

beginning ___ / ___ / 2017    ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| | | A | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| W * | | A | |
| 14 | Self-employment earnings (loss) | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
81-4238253

**B** Partnership's name, address, city, state, and ZIP code
82 JEFFERSON LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number    Partner Number    2
81-4127636

**F** Partner's name, address, city, state, and ZIP code
82 JEFFERSON HOLDINGS LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?  PARTNERSHIP
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . $
Qualified nonrecourse financing . $
Recourse . . . . . . . . $

**L** Partner's capital account analysis:
Beginning capital account . . . $
Capital contributed during the year  $
Current year increase (decrease) . $
Withdrawals & distributions . . $ (       )
Ending capital account . . . . $

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    www.irs.gov/Form1065    **BAA**  REV 12/21/17 PRO    Schedule K-1 (Form 1065) 2017

651118    OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

# Schedule K-1 (Form 1065)

Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning __/__/2018    ending __/__/__

## Partner's Share of Income, Deductions, Credits, etc.
► See back of form and separate instructions.

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| | | A | |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses |
| 10 | Net section 1231 gain (loss) | C | |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| W * | | A | |
| | | Z * | STMT |
| | | AB * | STMT |
| 14 | Self-employment earnings (loss) | | |

### Part I Information About the Partnership

**A** Partnership's employer identification number
81-4238253

**B** Partnership's name, address, city, state, and ZIP code
82 JEFFERSON LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**C** IRS Center where partnership filed return
KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's identifying number    Partner Number 2
81-4127636

**F** Partner's name, address, city, state, and ZIP code
82 JEFFERSON HOLDINGS LLC
199 LEE AVE STE 693
BROOKLYN NY 11211

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner? PARTNERSHIP
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

Beginning capital account . . . . $
Capital contributed during the year . $
Current year increase (decrease) . . $
Withdrawals & distributions . . . $ ( )
Ending capital account . . . . $

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    www.irs.gov/Form1065    BAA    REV 01/26/19 PRO    Schedule K-1 (Form 1065) 2018

651119 | OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

# Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning ___ / ___ / 2019   ending ___ / ___

## Partner's Share of Income, Deductions, Credits, etc.
► See back of form and separate instructions.

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Value |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | 38. |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | C |
| 19 | Distributions | |
| 20 | Other information | A; Z * STMT |
| 14 | Self-employment earnings (loss) | |

### Part I Information About the Partnership

**A** Partnership's employer identification number
81-4238253

**B** Partnership's name, address, city, state, and ZIP code
82 JEFFERSON LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**C** IRS Center where partnership filed return ► KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
81-4127636      Partner Number 2

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
82 JEFFERSON HOLDINGS LLC
199 LEE AVE STE 693
BROOKLYN NY 11211

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

Beginning capital account . . . $ _____
Capital contributed during the year . . $ _____
Current year net income (loss) . . $ _____
Other increase (decrease) (attach explanation) $ _____
Withdrawals & distributions . . $ ( _____ )
Ending capital account . . . $ _____

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . $ _____
Ending . . . $ _____

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   BAA   REV 07/15/20 PRO   Schedule K-1 (Form 1065) 2019

651119 | | | OMB No. 1545-0123
--- | --- | --- | ---
| ☐ Final K-1 | ☐ Amended K-1 | |

| Schedule K-1 (Form 1065) | **2020** | Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning ___ / ___ / 2020   ending ___ / ___ / ___

## Partner's Share of Income, Deductions, Credits, etc.   ▶ See separate instructions.

| Part I | Information About the Partnership |
|---|---|
| **A** | Partnership's employer identification number<br>81-4238253 |
| **B** | Partnership's name, address, city, state, and ZIP code<br>82 JEFFERSON LLC<br>199 LEE AVE STE 693<br>BROOKLYN, NY 11211 |
| **C** | IRS Center where partnership filed return ▶ KANSAS CITY, MO |
| **D** | ☐ Check if this is a publicly traded partnership (PTP) |

| Part II | Information About the Partner |
|---|---|
| **E** | Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)<br>81-4127636     Partner Number     2 |
| **F** | Name, address, city, state, and ZIP code for partner entered in E. See instructions.<br>82 JEFFERSON HOLDINGS LLC<br>199 LEE AVE STE 693<br>BROOKLYN NY 11211 |
| **G** | ☒ General partner or LLC member-manager      ☐ Limited partner or other LLC member |
| **H1** | ☒ Domestic partner      ☐ Foreign partner |
| **H2** | ☐ If the partner is a disregarded entity (DE), enter the partner's:<br>TIN _____  Name _____ |
| **I1** | What type of entity is this partner?  PARTNERSHIP |
| **I2** | If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐ |

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

Check if decrease is due to sale or exchange of partnership interest  ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮ | $ ▮ |
| Recourse | $ ▮. | $ ▮ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| **Beginning capital account** | $ ▮ |
| Capital contributed during the year | $ _____ |
| Current year net income (loss) | $ ▮ |
| Other increase (decrease) (attach explanation) | $ _____ |
| Withdrawals & distributions | $ ( ▮ ) |
| **Ending capital account** | $ ▮ |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . $ _____
Ending . . . . . . . . $ _____

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Value | Box | Item | Value |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 15 | Credits | |
| 2 | Net rental real estate income (loss) | ▮ | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | | | |
| 4c | Total guaranteed payments | | | | |
| 5 | Interest income | ▮ | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 6c | Dividend equivalents | | 17 | Alternative minimum tax (AMT) items | |
| | | | A | | ▮. |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 9b | Collectibles (28%) gain (loss) | | C | | ▮. |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 19 | Distributions | |
| 11 | Other income (loss) | | A | | ▮ |
| 12 | Section 179 deduction | | 20 | Other information | |
| 13 | Other deductions | | A | | ▮ |
| | | | Z | * | STMT |
| 14 | Self-employment earnings (loss) | | | | |
| 21 | ☐ More than one activity for at-risk purposes* | | | | |
| 22 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

For IRS Use Only

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   BAA   REV 09/13/21 PRO   Schedule K-1 (Form 1065) 2020

651121

☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0123

## Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
81-4238253

**B** Partnership's name, address, city, state, and ZIP code
82 JEFFERSON LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
81-4127636    Partner Number    2

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
82 JEFFERSON HOLDINGS LLC
199 LEE AVE STE 693
BROOKLYN NY 11211

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|         | Beginning   | Ending      |
|---------|-------------|-------------|
| Profit  | 50.00000 %  | 50.00000 %  |
| Loss    | 50.00000 %  | 50.00000 %  |
| Capital | 50.00000 %  | 50.00000 %  |

Check if decrease is due to sale or exchange of partnership interest . ▶ ☐

**K** Partner's share of liabilities:

|                              | Beginning | Ending |
|------------------------------|-----------|--------|
| Nonrecourse                  | $         | $      |
| Qualified nonrecourse financing | $      | $      |
| Recourse                     | $         | $      |

☐ Check this box if Item K includes liability amounts from lower tier partnerships ▶

**L** Partner's Capital Account Analysis

Beginning capital account . . . $ _____
Capital contributed during the year . . $ _____
Current year net income (loss) . . . $ _____
Other increase (decrease) (attach explanation) $ _____
Withdrawals and distributions . . . $ ( _____ )
Ending capital account . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|------|---|------|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . ▶ ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | C | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | A | |
| 11 | Other income (loss) | N * | STMT |
| | | Z * | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    BAA    Cat. No. 11394R    Schedule K-1 (Form 1065) 2021
REV 08/02/22 PRO

651121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

| **Schedule K-1** (Form 1065) | **2022** | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning  /  / 2022   ending  /  /

**Partner's Share of Income, Deductions, Credits, etc.**   See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
81-4238253

**B** Partnership's name, address, city, state, and ZIP code
82 JEFFERSON LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**C** IRS center where partnership filed return: KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
81-4127636       Partner Number     2

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
82 JEFFERSON HOLDINGS LLC
199 LEE AVE STE 693
BROOKLYN NY 11211

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
  TIN _____  Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|          | Beginning    | Ending       |
|----------|--------------|--------------|
| Profit   | 50.00000 %   | 50.00000 %   |
| Loss     | 50.00000 %   | 50.00000 %   |
| Capital  | 50.00000 %   | 50.00000 %   |

Check if decrease is due to sale or exchange of partnership interest  ☐

**K** Partner's share of liabilities:

|                                | Beginning | Ending |
|--------------------------------|-----------|--------|
| Nonrecourse                    | $         | $      |
| Qualified nonrecourse financing| $ ▮       | $ ▮    |
| Recourse                       | $ ▮       | $ ▮    |

Check this box if item K includes liability amounts from lower-tier partnerships  ☐

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . $ ▮
Capital contributed during the year . . $ ▮
Current year net income (loss) . . $ ▮.
Other increase (decrease) (attach explanation) $
Withdrawals and distributions . . $ ( ▮ )
Ending capital account . . . $ ▮

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . $
Ending . . . . . . . . . $

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|------|---|------|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) ▮. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 5 | Interest income ▮ | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | C | ▮. |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | A | ▮ |
| 10 | Net section 1231 gain (loss) | | |
| | | N * | STMT ▮ |
| 11 | Other income (loss) | | |
| | | Z * | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   BAA   Schedule K-1 (Form 1065) 2022
REV 02/08/24 PRO

651123

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning ___ / ___ / 2023    ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**     See separate instructions.

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked ☐ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| | | | A | 0. |
| 5 | Interest income  18. | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| | | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | A | |
| 9b | Collectibles (28%) gain (loss) | | | |
| | | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | | A | |
| 10 | Net section 1231 gain (loss) | | N * | |
| 11 | Other income (loss) | | Z * | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

## Part I  Information About the Partnership

**A** Partnership's employer identification number
81-4238253

**B** Partnership's name, address, city, state, and ZIP code
82 JEFFERSON LLC
199 LEE AVE STE 693
BROOKLYN, NY 11211

**C** IRS center where partnership filed return:  KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
81-4127636    Partner Number    2

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
82 JEFFERSON HOLDINGS LLC
199 LEE AVE STE 693
BROOKLYN NY 11211

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

Check if decrease is due to:
☐ Sale  or  ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**K2** Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions  ☐

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**L** **Partner's Capital Account Analysis**

Beginning capital account . . .  $ ▓
Capital contributed during the year . .  $ ▓
Current year net income (loss) . . .  $ ▓
Other increase (decrease) (attach explanation)  $
Withdrawals and distributions . . .  $ ( ▓ )
**Ending capital account** . . . .  $ ▓

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . .  $
Ending . . . . . . . . . .  $

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    REV 06/17/24 PRO    Schedule K-1 (Form 1065) 2023
BAA