

February 6, 2025

**Via ECF**

Chief Judge Martin Glenn
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

        **Re:** *AHY Wind Down LLC, through Ofer Tzur and Amir Flamer, solely in their joint capacity as Claims Administrator v. Alexander M. Engelman*
        **Adversary Proceeding No. 23-01196-mg**

Dear Judge Glenn,

    I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Alexander Engelman ("Defendant") in the captioned matter. I write regarding the Motion to Dismiss filed by Defendant (D.E. 33) (the "Motion").

    The Motion was filed on January 22, 2025. Plaintiff will file its opposition to the Motion on or before February 21, 2025 and Defendant will file his reply in further support of the Motion on or before March 14, 2025.

    Thank you in advance for Your Honor's consideration.

                                 Respectfully yours,

                                 Aaron Twersky, Esq.

cc:    All Counsel (via ECF)