CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 655-6000
Michael Friedman
David T. B. Audley
Eric S. Silvestri

*Counsel to AYH Wind Down LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **ALL YEAR HOLDINGS LIMITED,** | : | Case No. 21-12051 (MG) |
| Debtor. | : | |
| AYH WIND DOWN LLC, through Ofer Tzur and Amir Flamer, solely in their joint capacity as Claims Administrator | : | |
| Plaintiff, | : | |
| ALEXANDER M. ENGELMAN, | : | Adversary No. 23-01196-mg |
| Defendant. | : | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on a premotion conference in the above-referenced Adversary case will take place on **June 16, 2025 at 3:00 p.m.** before Judge Martin Glenn (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place solely remotely using Zoom for Government. Those wishing to appear at or listen to the Conference, whether (a) an attorney or non-attorney or (b) making a "live" or "listen only" appearance before the Court, all

need to register an electronic appearance (an *"eCourtAppearance"*) through the Court's website. See Judge Glenn's chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so at: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.  You can also go to https://www.nysb.uscourts.gov/ecourt-appearances. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance and choose the Zoom option. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m. (prevailing Eastern Time) on June 13, 2024.

**PLEASE TAKE FURTHER NOTICE** when parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Conference. Parties that type in only their first name, a nickname, or initials will not be admitted into the Conference.  When seeking to connect for either audio or video participation in the Conference via Zoom for Government, you will first enter a "Waiting Room" in the order in which you seek to connect.  Court personnel will admit each person to the Conference from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

DATED: June 11, 2025
New York, New York

Respectfully submitted,

AYH Wind Down LLC, through Ofer Tzur and Amir Flamer, solely in their joint capacity as Claims Administrator

By: _____/s/ Eric Silvestri_____
    One of Its Attorneys

David T.B. Audley (*admitted pro hac vice*)
Eric Silvestri (*admitted pro hac vice*)
CHAPMAN AND CUTLER LLP
320 South Canal

- 2 -

Chicago, Illinois 60606
(312) 845-3000
audley@chapman.com
silvest@chapman.com

- 3 -