UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re:                                                                                                  Chapter 11

ALL YEAR HOLDINGS LIMITED,                                              Case No.: 21-12051 (MG)

                              Debtor.
-------------------------------------------------------------------------x   Adversary Proceeding No:
AYH WIND DOWN LLC, through OFER TZUR and            23-01196-mg
AMIR FLAMER, solely in their joint capacity as
Claims Administrator,

                              Plaintiff,
    -against-

ALEXANDER M. ENGELMAN,

                              Defendant.
-------------------------------------------------------------------------x

## ORDER SETTING PRETRIAL ORDER DEADLINE AND TRIAL DATE

**WHEREAS**, following the judicial conference on June 16, 2025, due notice having been given, both parties having attended the conference by counsel, and the Court being advised, it is hereby ordered:

1. The parties shall submit a Joint Pretrial Order on or before **5:00 p.m. Eastern Time on July 14, 2025**;

2. Trial is set for July 23–24, 2025, beginning at 9 AM each day. The trial shall be exclusively in Courtroom 523. There will be no appearances by zoom for government.

Dated: June 18, 2025

                                       **SO ORDERED:**

                                                /s/Martin Glenn
                                        The Honorable Martin Glenn
                                    Chief United States Bankruptcy Judge