UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| ALL YEAR HOLDINGS LIMITED, | Case No.: 21-12051 (MG) |
| Debtor. | |

-----------------------------------------------------------------------x

| | |
|---|---|
| AYH WIND DOWN LLC, through OFER TZUR and AMIR FLAMER, solely in their joint capacity as Claims Administrator, | Adversary Proceeding No: 23-01196-mg |
| Plaintiff, | |
| -against- | |
| ALEXANDER M. ENGELMAN, | |
| Defendant. | |

-----------------------------------------------------------------------x

**AMENDED ORDER SETTING PRETRIAL ORDER DEADLINE AND TRIAL DATE**

It is hereby ordered:

1. The parties shall submit a Joint Pretrial Order on or before **5:00 p.m. Eastern Time on October 6, 2025**;

2. Trial is set for October 20–21, 2025 and will be held exclusively in Courtroom 523. The trial shall be in-person and shall begin on October 20th at 2:00 PM and continue on October 21st at 10:00 AM and October 22nd at 10:00 AM if necessary.

Dated: July 8, 2025

**SO ORDERED:**

    /s/Martin Glenn
The Honorable Martin Glenn
Chief United States Bankruptcy Judge

1