CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 655-6000
Michael Friedman
David T. B. Audley
Eric S. Silvestri

*Counsel to AYH Wind Down LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ALL YEAR HOLDINGS LIMITED, | Case No. 21-12051 (MG) |
| Debtor. |  |
| AYH Wind Down LLC, through Ofer Tzur and Amir Flamer, solely in their joint capacity as Claims Administrator | |
| Plaintiff, | |
| ALEXANDER M. ENGELMAN, | Adversary No. 23-01196-mg |
| Defendant. | |

### Appendix A to Plaintiff's Pretrial Order
### Plaintiff's Page/Line Designation to the Deposition Testimony of Yoel Goldman.

| Page/Line | Defendants' Objections | Defendant's Counter-Designations |
|---|---|---|
| 6:9-16 |  |  |
| 7:18-8:6 |  |  |
| 8:21-11:9 |  |  |
| 11:16-12:11 |  |  |
| 13:2-13 |  |  |

| | | |
|---|---|---|
| 14:8-15:12 | | |
| 29:15-30:20 | | |
| 31:14-33:2 | | |
| 76:24-77:2 | | |
| 77:14-24 | | |
| 78:5-79:19 | | |
| 88:22-25 | | |
| 89:11-17 | | |
| 89:23-90:19 | | |
| 91:2-21 | | |
| 92:7-95:7 | | |
| 95:15-96:12 | | |
| 96:16-98:3 | | |
| 100:7-22 | | |
| 101:3-4 | | |
| 101:12-102:7 | | |
| 102:25-103:12 | | |
| 104:16-106:2 | | |
| 106:22-107:24 | | |
| 108:4-25 | | |
| 109:6-9 | | |
| 109:19-111:7 | | |
| 111:10-115:5 | | |
| 115:11-25 | | |
| 116:11-15 | | |
| 116:23-117:14 | | |
| 121:19-124:17 | | |
| 125:21-127:12 | | |
| 129:2-25 | | |
| 130:9-132:3 | | |
| 132:9-3 | | |
| 132:9-133:2 | | |
| 135:5-25 | | |
| 136:6-138:3 | | |
| 142:2-144:12 | | |
| 144:18-147:9 | | |
| 147:16-148:12 | | |