CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 655-6000
Michael Friedman
David T. B. Audley
Eric S. Silvestri

*Counsel to AYH Wind Down LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ALL YEAR HOLDINGS LIMITED, | Case No. 21-12051 (MG) |
| Debtor. | |
| AYH WIND DOWN LLC, through Ofer Tzur and Amir Flamer, solely in their joint capacity as Claims Administrator | |
| Plaintiff, | |
| ALEXANDER M. ENGELMAN, | Adversary No. 23-01196-mg |
| Defendant. | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the trial scheduled in the above-referenced Adversary for October 20, 2025 at 2:00 p.m. before Judge Martin Glenn at the United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green New York, NY 10004 (the *"Trial"*) has been adjourned.

7037989

**PLEASE TAKE FURTHER NOTICE** that the Trial may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Trial.

| | |
|---|---|
| DATED: October 17, 2025<br>New York, New York | Respectfully submitted,<br><br>AYH Wind Down LLC, through Ofer Tzur and Amir Flamer, solely in their joint capacity as Claims Administrator<br><br>By: _____/s/ Eric Silvestri_____<br>One of Its Attorneys<br><br>David T.B. Audley (*admitted pro hac vice*)<br>Eric Silvestri (*admitted pro hac vice*)<br>CHAPMAN AND CUTLER LLP<br>320 South Canal<br>Chicago, Illinois 60606<br>(312) 845-3000<br>audley@chapman.com<br>silvest@chapman.com |